# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Mark Manoogian (2)

**WARRANT FOR ARREST**

Case Number: 18-cr-4683-GPC-2

80679-298

**NOT FOR PUBLIC VIEW**

FILED
NOV 0 2 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        Mark Manoogian (2)
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:371 – Conspiracy
18:1343 – Wire Fraud
18:1037(a)(5),(b)(2)(C) – Electronic Mail Fraud
18:2 – Aiding and Abetting
18:981(a)(1)(C),982(a)(1),1037(c);28:2461(c) – Criminal Forfeiture

DATE: 11/1/18  ARRESTED BY: Jeff Sumner
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA

RECEIVED
U.S. MARSHALS-S/CA
18 OCT 31 PM 5

In violation of Title    See Above    United States Code, Section(s) _____

John Morrill                              Clerk of the Court
Name of Issuing Officer                   Title of Issuing Officer

s/ L. Cervantes                           10/31/2018; San Diego, CA
Signature of Deputy                       Date and Location

Bail fixed at $    No Bail    by    The Honorable Karen S. Crawford
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |