Randy K. Jones (SBN 141711)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone:  858-314-1500
Facsimile:  858-314-1501

Attorneys for Defendant,
MARK MANOOGIAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   18-CR-4683-GPC |
| Plaintiff, | Hon. Gonzalo P. Curiel |
| v. | **UNOPPOSED MOTION FOR ORDER APPROVING TRAVEL REQUEST; DECLARATION OF RANDY JONES** |
| MARK MANOOGIAN, | |
| Defendant. | |

Defendant Mark Manoogian, by and through his counsel of record Randy K. Jones of MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C., moves this Court for an order approving his unopposed request to amend travel restrictions to allow travel to the State of Nevada and all counties in the State of California.  The basis for this motion is as follows:

1.     On October 31, 2018, Mr. Manoogian and co-defendants Jacob Bychak, Peter Pacas, Mohammed Abdul Qayyum were charged in a 10-count indictment for conspiracy to commit violations of and violations of the wire fraud statute (18 U.S.C. § 1343) and the CAN-SPAM Act (18 U.S.C. § 1037(a)(5)). (Dkt 1.)

2.     On November 1, 2018, Mr. Manoogian was arraigned and released on a $50,000 personal appearance bond secured by his signature. As a condition

1    of release, his travel restricted to San Diego County, Massachusetts, Arizona

2    and Rhode Island at the discretion of his Pretrial Services Officer. (Dkt. 16.)

3        3.     On November 30, 2018, counsel for Mr. Manoogian reached out to

4    Assistant United States Attorney Melanie Pierson to request Mr. Manoogian's

5    travel restrictions be expanded to the entire State of California and the State of

6    Nevada.

7        4.     On November 30, 2018, Assistant United States Attorney Melanie

8    Pierson advised that the government does not oppose this amendment to Mr.

9    Manoogian's travel restrictions.

10

11                             Respectfully submitted,

12

13    Dated:  December 18, 2018        *s/ Randy K. Jones*
                                           Randy K. Jones

14                             MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

15                             Attorneys for Defendant, MARK MANOOGIAN

16

17

18

19

20

21

22

23

24

25

26

27

28

UNOPPOSED MOTION FOR ORDER APPROVING AMENDMENT TO TRAVEL RESTRICTIONS

1

## **CERTIFICATE OF SERVICE**

2          Counsel for the Defendant certifies that the foregoing pleading has been

3   electronically served on the following parties by virtue of their registration with the

4   CM/ECF system:

5                              Melanie K. Pierson
                              Assistant U.S. Attorney
6                          melanie.pierson@usdoj.gov

7

8                                Robert Ciaffa
                              Assistant U.S. Attorney
9                           robert.ciaffa@usdoj.gov

10

11                                  Respectfully submitted,

12   Dated:  December 18, 2018          *s/ Randy K. Jones*
                                        Randy K. Jones
13                                      MINTZ    LEVIN    COHN    FERRIS
                                        GLOVSKY AND POPEO P.C.
14                                      Attorneys for Defendant,
                                        MARK MANOOGIAN
15

16

17

18

19

20

21

22

23

24

25

26

27

28