Randy K. Jones (SBN 141711)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: 858-314-1500
Facsimile: 858-314-1501

Attorneys for Defendant,
MARK MANOOGIAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK MANOOGIAN,<br><br>    Defendant. | CASE NO.: 18-CR-4683-GPC-3<br><br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANT MARK MANOOGIAN'S WAIVER OF APPEARANCE FOR HEARING ON FEBRUARY 14, 2019**<br><br>Hearing Date: February 14, 2019<br>Hearing Time: 1:00 p.m.<br>Department: Courtroom 2D |

I, Mark Manoogian, having been advised of my rights, and pursuant to Fed. R. Crim. P. 43(b)(3), hereby waive my rights to be present at the upcoming February 14, 2019 at 1:00 p.m. hearing on the government's motion for protective order.

I hereby acknowledge that I am to next appear in the United States District Court for the Southern District of California on April 19, 2019 at 1:00 p.m. for a motion hearing before Judge Gonzalo P. Curiel in Courtroom 2D.

Dated: February 7, 2019

_____
Mark Manoogian

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: February 7, 2019 | s/ Randy K. Jones |
|   | Randy K. Jones |
|   | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
|   | Attorneys for Defendant, MARK MANOOGIAN |

# CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Melanie K. Pierson
Assistant U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Respectfully submitted,

Dated: February 7, 2019

*s/ Randy K. Jones*
Randy K. Jones
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.
Attorneys for Defendant,
MARK MANOOGIAN