Randy K. Jones (SBN 141711)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: 858-314-1500
Facsimile: 858-314-1501

Attorneys for Defendant,
MARK MANOOGIAN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS, <br><br> Defendants. | CASE NO.: 18-CR-4683-GPC-3 <br><br> **ACKNOWLEDGMENT OF NEXT COURT DATE** <br><br> Assigned to Hon. Gonzalo P. Curiel |

DEFENDANT MARK MANOOGIAN, by and through undersigned counsel, hereby files his acknowledgment of next court date, Thursday, April 30, 2019, in the above-captioned matter.

Dated: April 18, 2019

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

*s/ Randy K. Jones*
Randy K. Jones
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Attorneys for Defendant,
MARK MANOOGIAN

Randy K. Jones (SBN 141711)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: 858-314-1500
Facsimile: 858-314-1501

Attorneys for Defendant,
MARK MANOOGIAN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>Defendants. | CASE NO.: 18-CR-4683-GPC-3<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE**<br><br>Assigned to Hon. Gonzalo P. Curiel |

I, Mark Manoogian, hereby acknowledge the next court date in the above-captioned matter is scheduled on Thursday, April 30, 2019 at 1:00 p.m. I hereby promise to appear before the Honorable Court on that date and at that time without further notice.

Date: 4/18/19

_____
MARK MANOOGIAN

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
Sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistant U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Respectfully submitted,

Dated:  April 19, 2019          *s/ Randy K. Jones*
Randy K. Jones
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Attorneys for Defendant,
MARK MANOOGIAN