Randy K. Jones (SBN 141711)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: 858-314-1500
Facsimile: 858-314-1501

Attorneys for Defendant,
MARK MANOOGIAN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 18-CR-4683-GPC-3 |
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| v. | |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS, | Assigned to Hon. Gonzalo P. Curiel |
| Defendants. | |

DEFENDANT MARK MANOOGIAN, by and through undersigned counsel, hereby files his acknowledgment of next court date, Thursday, February 20, 2020 at 1:00 p.m., in the above-captioned matter.

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

Dated: December 18, 2019

*s/ Randy K. Jones*
Randy K. Jones
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Attorneys for Defendant,
MARK MANOOGIAN

Randy K. Jones (SBN 141711)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone:  858-314-1500
Facsimile:  858-314-1501

Attorneys for Defendant,
MARK MANOOGIAN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  18-CR-4683-GPC-3 |
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| v. | |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS, | Assigned to Hon. Gonzalo P. Curiel |
| Defendants. | |

I, Mark Manoogian, hereby acknowledge the next court date in the above-captioned matter is scheduled on Thursday, February 20, 2020 at 1:00 p.m.  I hereby promise to appear before the Honorable Court on that date and at that time without further notice.

Date: December 17, 2019

_____
MARK MANOOGIAN

1

ACKNOWLEDGMENT OF NEXT COURT DATE

1

**CERTIFICATE OF SERVICE**

2

Counsel for the Defendant certifies that the foregoing pleading has been electronically

3

served on the following parties by virtue of their registration with the CM/ECF system:

4

Sabrina L. Feve
Assistant U.S. Attorney

5

Sabrina.feve@usdoj.gov

6

Melanie K. Pierson

7

Assistant U.S. Attorney
melanie.pierson@usdoj.gov

8

Robert Ciaffa

9

Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

10

11

Respectfully submitted,

12

13    Dated:  December 18, 2019          *s/ Randy K. Jones*

Randy K. Jones

14    MINTZ LEVIN COHN FERRIS GLOVSKY AND
POPEO P.C.

15    Attorneys for Defendant,
MARK MANOOGIAN

16

17

18    86909079v.1

19

20

21

22

23

24

25

26

27

28