# EXHIBIT 1-A

*[Document Filed Under Seal]*