RANDY S. GROSSMAN
United States Attorney
MELANIE K. PIERSON
SABRINA L. FEVE
Assistant U.S. Attorneys
California Bar No. 112520/226590
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7976
Fax: (619) 546-0631
Email:Melanie.Pierson@usdoj.gov/Sabrina.Feve@usdoj.gov

CANDINA S. HEATH
Senior Counsel
Texas Bar No. 09347450
Computer Crime and Intellectual Property Section
U.S. Department of Justice
Washington, D.C. 20005
Tel: (202) 307-1049
Email: Candina.Heath2@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACOB BYCHAK (1),<br>MARK MANOOGIAN (2),<br>ABDUL MOHAMMED QAYYUM (3), and<br>PETR PACAS (4),<br><br>　　　　Defendants. | Case No. 18cr4683-GPC<br><br>**GOVERNMENT'S WITNESS LIST** |

COMES NOW the plaintiff, United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Assistant United States Attorneys Melanie K. Pierson, Sabrina L. Fève, and Computer Crime and Intellectual Property

1  Section Senior Counsel Candy Heath, and hereby files its Witness List in the above-
2  referenced case for its case-in-chief.  The United States reserves the right to add and
3  subtract from the list, as the evidence is presented.

## I.

## WITNESS LIST

1. Jennifer Rexford
2. Sandra Brown
3. David Benkert
4. Jeffrey Kinrich
5. John Curran, ARIN
6. John Sweeting, ARIN
7. Sean Zadig, Yahoo!
8. Michael Ward, formerly of ViaWest
9. Reid Zulager, Cogent Communications
10. Kevin Wolf, formerly of Amobee
11. Daniel Dye, GetAds/Native Rank
12. Vincent Tarney, Mata Goup
13. Peter Holden, Hostwinds
14. Christopher Young, formerly of Telic
15. Jordan Goettsche, FBI
16. Mike Durbin, and/or other representative of Open Business Systems
17. Robyn Marcello, and/or other representative of Sierra SemiConductor
18. Rhonda Johnson, and/or other representative of Educause
19. Jennifer Brooks, and/or other representative of Sura.net
20. Thomas Connor, and/or other representative of Telalink
21. Representative of Trinity Micro Systems
22. Anne Gideon, and/or other representative of CPS Communications
23. Michael Green, and/or other representative of CPS Communications
24. Robert Johnson, and/or other representative of Siemens
25. Sasha Treviso, formerly of Amobee
26. Kelly Loi, Amobee
27. Mario Samonte, Amobee
28. Brittany Kondrat, formerly of Amobee
29. Brian Turbow, Broadcloud
30. Casey Shaeffer and/or other representative of EarthClassMail
31. Leona Williams (video deposition), Educational & Corporate Technologies
32. Steven Dorn (video deposition), Moore Products
33. Custodian of Records, Domain Monster
34. Custodian of Records, Enom

35. Custodian of Records, Moniker.com
36. Custodian of Records, Name.com
37. Custodian of Records, Amobee
38. Custodian of Records, Telic
39. Custodian of Records, Goodman Law Firm
40. Custodian of Records, Mandatus
41. Custodian of Records, CPH Resources
42. Custodian of Records, Native Rank
43. Custodian of Records, ARIN
44. Custodian of Records, PayPal
45. Custodian of Records, GoDaddy
46. Custodian of Records, JP Morgan Chase Bank

DATED: April 22, 2022

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/Melanie K. Pierson
Assistant United States Attorney

/s/Sabrina L. Fève
Assistant United States Attorney

/s/Candy Heath
Senior Counsel
Computer Crime and Intellectual Property Section
Department of Justice, Criminal Division