**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Email: *rkjones@mintz.com*

Daniel J. Goodrich, BBO 692624 (*Pro Hac*)
Ryan Dougherty, BBO 703380 (*Pro Hac*)
1 Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Email: *djgoodrich@mintz.com*
       *rtdougherty@mintz.com*

*Attorneys for Mark Manoogian*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 18-CR-4683-GPC |
| Plaintiff, | Honorable Gonzalo P. Curiel |
| v. | **DEFENDANT MARK MANOOGIAN SENTENCING SUMMARY CHART** |
| MARK MANOOGIAN, | |
| Defendant. | |

Defendant, Mark Manoogian, through his counsel, hereby files his Sentencing Summary Chart.

Dated: September 26, 2022

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

*s/ Randy K. Jones*
Randy K. Jones
Daniel J. Goodrich (*Pro Hac*)
Ryan Dougherty (*Pro Hac*)
*Attorneys for Mark Manoogian*

1
MARK MANOOGIAN SENTENCING SUMMARY CHART

| | |
|---|---|
| 1 | **SENTENCING SUMMARY CHART** |
| 2 | USPO ☐ |
| 3 | AUSA ☐ |
| 4 | DEF ☒ |
| 5 | **Sentencing Date:** October 3, 2022 |
| 6 | Defendant's Name: Mark Manoogian             Docket No.: 3:18CR04683-002-GPC |
| 7 | Guideline Manual Used: November 1, 2021         Agree with USPO Calc.: NO |
| 8 | Base Offense Level: USSG § 2B1.1(a), Electronic Mail Fraud                6 |
| 9 | Specific Offense Characteristics: USSG § 2B1.1(b)(1)(G)- loss of $313,700        +12 |
| 10 | Victim Related Adjustment: |
| 11 | Adjustment for Role in the Offense: |
| 12 | Adjustment for Obstruction of Justice: |
| 13 | Adjustment for Reckless Endangerment During Flight: |
| 14 | Adjusted Offense Level:                            18 |
| 15 | (☐Combined (Mult. Counts)  ☐Career Off.  ☐Armed Career Crim.) |
| 16 | Adjustment for Acceptance of Responsibility: [☐Gov. Motion Under USSG § 3E1.1(b)]  -3 |
| 17 | Total Offense Level:                              15 |
| 18 | Criminal History Score:                           0 |
| 19 | Criminal History Category:   (☐Career Offender  ☐Armed Career Criminal)   I |
| 20 | Guideline Range:                        from ___12__ mths |
| 21 |      Range limited by: ☐minimum mand. ☒statutory maximum      to __12__ mths |
| 22 | Departures: |
| 23 | Combination of Factors, USSG § 5K2.0                    -7 |
| 24 | |
| 25 | Resulting Guideline Range:                     from __0__ mths |
| 26 |                                   to ___6_ mths |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Melanie K. Pierson
Assistant U.S. Attorney
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov

Sabrina Feve
Assistant U.S. Attorney
880 Front Street, Rm 6293
San Diego, CA 92101
sfeve@usa.doj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

*s/ Randy K. Jones*
Randy K. Jones
Attorney for Mark Manoogian